In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00132-CR
_____

IN RE MICHAEL DAVID BELLOW JR.

_____

Original Proceeding
Criminal District Court of Jefferson County, Texas
Trial Cause No. 16-25250
_____

**MEMORANDUM OPINION**

In a petition for the issuance of a writ of mandamus, Michael David Bellow Jr., Relator, asks this Court to command the trial court to issue a pre-trial writ of habeas corpus. To obtain mandamus relief in a criminal case, the relator must show that he has a clear and indisputable right to the relief sought and no other adequate legal remedy will provide that relief. *State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927-28 (Tex. Crim. App. 2001). Relator has not demonstrated that he is clearly entitled to mandamus relief from this Court. Accordingly, the petition for a writ of mandamus is denied.

1

PETITION DENIED.

PER CURIAM

Submitted on April 10, 2018
Opinion Delivered April 10, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.